**NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BASKINS-ROBBINS FRANCHISING, LLC, BR IP HOLDER, LLC, and DB REAL ESTATE ASSETS I, LLC, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:12cv646 (Judge Clark/Judge Mazzant) |
| ORIEL VENTURES, INC., GAITREE SHANAHAN and RORY SHANAHAN, JOINTLY AND SEVERALLY, | § § § § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation for Dismissal With Prejudice [Doc. #19].

It is **ORDERED** that the Stipulation for Dismissal With Prejudice [Doc. #19] is accepted by the court. The court further **ORDERS** that all claims or causes of action asserted or assertable between plaintiffs and defendants are **DISMISSED** with prejudice. It is further **ORDERED** that the costs of court are taxed against the parties incurring same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **15** day of **May, 2013.**

_____
Ron Clark, United States District Judge